

# Fourth Court of Appeals
## San Antonio, Texas

June 6, 2014

No. 04-14-00301-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gerard **CORTES**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05707
Honorable Laura Salinas, Judge Presiding

# O R D E R

    The Appellant's Unopposed Motion for Extension of time to File Brief is GRANTED. The appellant's brief is due on June 23, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court